IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CB9 |
| | ) | Violation Number 4558301 NE14 |
| vs. | ) | |
| | ) | |
| BRANDON C. MARTIN, | ) | **O R D E R** |
| | ) | |
| Defendant. | ) | |

The United States Attorney's Office Motion to Dismiss (Filing No. 29) is granted. The above-referenced matter is hereby dismissed without prejudice.

ORDERED this 22nd day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge